# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BNSF RAILWAY COMPANY )
          Plaintiff(s), )
  v. )
ALAMEDA COUNTY, ET AL. )
          Defendant(s). )

Case No: 4:19-cv-07230-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, John Michael Phillips, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: BNSF RAILWAY COMPANY in the above-entitled action. My local co-counsel in this case is Benjamin Horwich, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 249090

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 633 Chestnut St., Suite 1900<br>Chattanooga, TN 37450 | 560 Mission Street<br>San Francisco, CA 94105 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (423) 209-4191 | (415) 512-4066 |
| My email address of record: | Local co-counsel's email address of record: |
| jphillips@bakerdonelson.com | Ben.Horwich@mto.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 021639.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/01/2019            John Michael Phillips
                                                       APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John Michael Phillips is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/20/2019            *[signature: Haywood S. Gill Jr.]*
                                             UNITED STATES DISTRICT JUDGE *October 2019*

*PRO HAC VICE* APPLICATION & ORDER

# Supreme Court of Tennessee
# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## John Michael Phillips

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 7, 2001, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 30th day of October, 2019.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *Sherry Tyler*
Sherry Tyler, D.C.