1  BENJAMIN J. HORWICH (State Bar No. 249090)
   MUNGER, TOLLES & OLSON LLP
2  560 Mission Street, Twenty-Seventh Floor
   San Francisco, California 94105
3  Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
4  ben.horwich@mto.com

5  JESSICA REICH BARIL (State Bar No. 302135)
   MUNGER, TOLLES & OLSON LLP
6  350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071
7  Telephone: (213) 683-9100
   Facsimile: (213) 683-5164
8  jessica.baril@mto.com

9  *Attorneys for Plaintiff BNSF Railway Company*

10 (Counsel for Defendants listed on signature pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY,<br>CONTRA COSTA COUNTY,<br>FRESNO COUNTY,<br>KERN COUNTY,<br>KINGS COUNTY,<br>MADERA COUNTY,<br>MERCED COUNTY,<br>ORANGE COUNTY,<br>PLUMAS COUNTY<br>RIVERSIDE COUNTY,<br>SAN BERNARDINO COUNTY,<br>SAN DIEGO COUNTY,<br>SAN JOAQUIN COUNTY,<br>STANISLAUS COUNTY, and<br>TULARE COUNTY, CALIFORNIA,<br><br>    Defendants. | Case No. 4:19-cv-07230-HSG<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR PRELIMINARY INJUNCTION BRIEFING AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, Plaintiff BNSF Railway Company ("BNSF") filed a Motion for |
| 3 | Preliminary Injunction on December 20, 2019, noticed for hearing on March 5, 2020 at 2 p.m.; |
| 4 | WHEREAS, given the winter holidays and additional time required for |
| 5 | coordination among the fifteen Defendants, the parties have agreed to propose an extended |
| 6 | briefing schedule as described below; |
| 7 | WHEREAS, the current deadline for Defendants to respond to Plaintiff BNSF's |
| 8 | Motion for Preliminary Injunction is January 3, 2020, and the current deadline for Plaintiff BNSF |
| 9 | to file a reply in support of its Motion for Preliminary Injunction is January 10, 2020; |
| 10 | WHEREAS, the parties agree that the deadline for Defendants to file their |
| 11 | Opposition(s) to Plaintiff BNSF's Motion for Preliminary Injunction should be extended to and |
| 12 | including February 3, 2020; |
| 13 | WHEREAS, the parties agree that the deadline for Plaintiff BNSF to file its Reply |
| 14 | in support of its Motion for Preliminary Injunction should be extended to and including February |
| 15 | 20, 2020; |
| 16 | WHEREAS, the parties believe that the interest of judicial economy and the |
| 17 | convenience of the parties would be served by continuing the Case Management Conference |
| 18 | currently set for February 11, 2020 at 2 p.m. to March 5, 2020 at 2 p.m., to coincide with the |
| 19 | hearing on Plaintiff BNSF's Motion for Preliminary Injunction; |
| 20 | WHEREAS, the parties have agreed to confer under Rule 26(f) no later than the |
| 21 | existing deadline of January 21, 2020 and have agreed that that deadline should not be extended |
| 22 | according to the new date of the Case Management Conference; and |
| 23 | WHEREAS, the parties propose to submit their Rule 26(f) report to the Court by |
| 24 | February 27, 2020, as part of their Case Management Statement; |
| 25 | NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between |
| 26 | Plaintiff and Defendants, and subject to approval of the Court, that: |
| 27 | (1) Defendants shall file their Opposition(s) to Plaintiff BNSF's Motion for |
| 28 | Preliminary Injunction on or before February 3, 2020; |

(2) Plaintiff BNSF shall file its Reply in support of its Motion for Preliminary Injunction on or before February 20, 2020;

(3) A hearing on Plaintiff BNSF's Motion for Preliminary Injunction will be held on March 5, 2020 at 2 p.m.;

(4) The Case Management Conference currently set for February 11, 2020 at 2 p.m. is continued to March 5, 2020 at 2 p.m., and the parties' Case Management Statement including Rule 26(f) report is to be filed by February 27, 2020; and

(5) The parties' deadline to confer under Rule 26(f) remains January 21, 2020.

| | | |
|---|---|---|
| 1 | DATED: December 23, 2019 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By:       /s/ *Jessica Reich Baril* |
| | | BENJAMIN J. HORWICH |
| 4 | | (State Bar No. 249090) |
| | | 560 Mission Street, Twenty-Seventh Floor |
| 5 | | San Francisco, California 94105 |
| | | Telephone: (415) 512-4000 |
| 6 | | Facsimile: (415) 512-4077 |
| | | ben.horwich@mto.com |
| 7 | | |
| 8 | | JESSICA REICH BARIL |
| | | (State Bar No. 302135) |
| 9 | | 350 South Grand Avenue, Fiftieth Floor |
| | | Los Angeles, California 90071 |
| 10 | | Telephone: (213) 683-9100 |
| | | Facsimile: (213) 683-5164 |
| 11 | | jessica.baril@mto.com |
| 12 | | |
| | | *Attorneys for Plaintiff BNSF Railway Company* |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | DATED: December 23, 2019 | DONNA R. ZIEGLER |
| | | County Counsel, County of Alameda |
| 17 | | |
| 18 | | By:       /s/ *Farand C. Kan* |
| | | FARAND C. KAN |
| 19 | | (State Bar No. 203980) |
| | | Deputy County Counsel, County of Alameda |
| 20 | | 1221 Oak Street, Suite 450 |
| | | Oakland, California 94612 |
| 21 | | Telephone: (510) 272-6700 |
| | | Facsimile: (510) 272-5020 |
| 22 | | farand.kan@acgov.org |
| 23 | | *Attorneys for Defendant County of Alameda* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: December 23, 2019 | SHARON L. ANDERSON<br>Contra Costa County Counsel |
| 2 | | |
| 3 | | By:     */s/ Rebecca J. Hooley*<br>    Rebecca J. Hooley |
| 4 | |     (State Bar No. 212881)<br>    Deputy County Counsel, Contra Costa County |
| 5 | |     651 Pine Street, 9th Floor<br>    Martinez, CA 94553 |
| 6 | |     Telephone: 9925) 335-1854 |
| 7 | |     Facsimile: (925) 646-1078<br>    rebecca.hooley@cc.cccounty.us |
| 8 | | |
| 9 | | *Attorneys for Defendant County of Contra Costa* |

DATED: December 23, 2019      COUNTY COUNSEL, COUNTY OF FRESNO

By:     */s/ Daniel C. Cederborg*
    Daniel C. Cederborg
    (State Bar No. 124260)
    County Counsel, County of Fresno
    2220 Tulare Street, Room 500
    Fresno, CA 93721
    Telephone:(559) 600-3479
    Facsimile: (559) 600-3480 (fax)
    dcederborg@fresnocountyca.gov

*Attorneys for Defendant County of Fresno*

| | | |
|---|---|---|
| 1 | DATED: December 23, 2019 | MARGO A. RAISON<br>County Counsel, Kern County |
| 2 | | |
| 3 | | By:      */s/ Jerri S. Bradley* |
| 4 | | Jerri S. Bradley |
| 5 | | (State Bar No. 180341)<br>Deputy County Counsel, County of Kern |
| 6 | | 1115 Truxtun Avenue, 4th Floor<br>Bakersfield, CA 93301 |
| 7 | | Telephone: (661) 868-3819<br>Facsimile: (661) 868-3809 |
| 8 | | jbradley@kerncounty.com |
| 9 | | *Attorneys for Defendant County of Kern* |

DATED: December 23, 2019      LEE BURDICK
County Counsel, County of Kings

By:      */s/ Diane Walker Freeman*
Diane Walker Freeman
(State Bar No. 264330)
Deputy County Counsel
County of Kings
1400 W. Lacey Blvd., Bldg #4
Hanford, CA 93230
Telephone: (559)852-2445
Facsimile: (559)584-0865
diane.freeman@co.kings.ca.us

*Attorneys for Defendant County of Kings*

| | | |
|---|---|---|
| 1 | DATED: December 23, 2019 | COUNTY COUNSEL, COUNTY OF MADERA |
| 2 | | |
| 3 | | By:     */s/ Michael R. Linden* |
| 4 | | Michael R. Linden<br>(State Bar No. 192485) |
| 5 | | Deputy County Counsel, County of Madera<br>7404 N Spalding Ave. |
| 6 | | Fresno, CA 93720<br>Telephone: (559) 431-5600 |
| 7 | | Facsimile: (559) 261-9366<br>mlinden@lozanosmith.com |
| 8 | | |
| 9 | | *Attorneys for Defendant County of Madera* |
| 10 | | |
| 11 | | |
| 12 | DATED: December 23, 2019 | COUNTY COUNSEL, MERCED COUNTY |
| 13 | | |
| 14 | | By:     */s/ Forrest W. Hansen* |
| 15 | | Forrest W. Hansen<br>(State Bar No. 235432) |
| 16 | | Assistant County Counsel<br>Merced County Counsel |
| 17 | | 2222 M Street, Room 309<br>Merced, CA 95340 |
| 18 | | Telephone: (209) 385-7564<br>Facsimile: (209) 726-1337 |
| 19 | | forrest.hansen@countyofmerced.com |
| 20 | | *Attorneys for Defendant County of Merced* |

| | | |
|---|---|---|
| DATED: December 23, 2019 | | COUNTY COUNSEL, ORANGE COUNTY |

By: _____/s/ Steven C. Miller_____
Steven C. Miller
  (State Bar No. 112951)
Senior Deputy County Counsel
County of Orange
333 West Santa Ana Blvd., 4th Floor
Santa Ana, CA 92701
Telephone: (714) 834-3304
steven.miller@coco.ocgov.com

*Attorneys for Defendant County of Orange*

DATED: December 23, 2019          COUNTY COUNSEL, PLUMAS COUNTY

By: _____/s/ Gretchen Stuhr_____
Gretchen Stuhr
(State Bar No. 236869)
Deputy County Counsel III
520 Main Street, Room 302
Quincy, CA 95971
Telephone: (530) 283-6240
GretchenStuhr@countyofplumas.com

*Attorneys for Defendant County of Plumas*

| | | |
|---|---|---|
| 1 | DATED: December 23, 2019 | COUNTY COUNSEL, RIVERSIDE COUNTY |
| 2 | | |
| 3 | | By:    */s/ Ronak N. Patel* |
| 4 | | Ronak N. Patel<br>(State Bar No. 249982) |
| 5 | | Deputy County Counsel, Riverside County<br>3960 Orange Street, Ste. 500 |
| 6 | | Riverside, CA 92501<br>Telephone: (951) 955-6321 |
| 7 | | Facsimile: (951) 955-6363<br>RPatel@rivco.org |
| 8 | | |
| 9 | | *Attorneys for Defendant County of Riverside* |
| 12 | DATED: December 23, 2019 | MICHELLE D. BLAKEMORE |
| 13 | | County Counsel, County of San Bernardino |
| 14 | | By:    */s/ Kristina M. Robb* |
| 15 | | Kristina M. Robb<br>(State Bar No. 239353) |
| 16 | | Deputy County Counsel |
| 17 | | San Bernardino County<br>385 N. Arrowhead Ave., Fl. 4 |
| 18 | | San Bernrdno, CA 92415<br>Telephone: (909) 387-5436 |
| 19 | | KRobb@cc.sbcounty.gov |
| 20 | | *Attorneys for Defendant County of San Bernardino* |

| | | |
|---|---|---|
| DATED: December 23, 2019 | | COUNTY COUNSEL, SAN DIEGO COUNTY |

By: _____*/s/ Laura E. Dolan*_____
Laura E. Dolan
(State Bar No. 302859)
Senior Deputy County Counsel
Office of County Counsel, San Diego County
1600 Pacific Highway, Room 355
San Diego, CA 92101
Telephone: (619) 531-5801
Laura.Dolan@sdcounty.ca.gov

*Attorneys for Defendant County of San Diego*

DATED: December 23, 2019        COUNTY COUNSEL, SAN JOAQUIN COUNTY

By: _____*/s/ Richard Flores*_____
Richard Flores
(State Bar No. 99281)
Assistant County Counsel, County of San Joaquin
44 N. San Joaquin St., Ste. 679
Stockton, CA 95202
County: San Joaquin County
Telephone: (209) 468-2980
Facsimile: (209) 468-0315
rflores@sjgov.org

*Attorneys for Defendant County of San Joaquin*

| | | |
|---|---|---|
| 1 | DATED: December 23, 2019 | THOMAS E. BOZE<br>Stanislaus County Counsel |
| 2 | | |
| 3 | | By:     */s/ Daniel Solish* |
| 4 | | Daniel Solish |
| 5 | | (State Bar No. 279446)<br>Deputy County Counsel |
| 6 | | County of Stanislaus<br>1010 10th Street, Suite 6400 |
| 7 | | Modesto, CA 95354<br>Telephone: (209) 525-6376 |
| 8 | | Fascimile: (209) 525-4473<br>solishd@stancounty.com |
| 9 | | |
| 10 | | *Attorneys for Defendant County of Stansilaus* |

DATED: December 23, 2019      DEANNE H. PETERSON
Tulare County Counsel

By:     */s/ Kathleen A. Taylor*
Kathleen A. Taylor
(State Bar No. 131100)
Chief Deputy County Counsel
County of Tulare
2900 W. Burrel Avenue
Visalia, CA 93230
Telephone: 559-636-4950
Facsimile: 559-737-4319
ktaylor@co.tulare.ca.us

*Attorneys for Defendant County of Tulare*

Upon presentation of the parties' stipulation and good cause shown, IT IS SO ORDERED.

DATED: 12/26/2019

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE