1 MARGARET R. PRINZING, State Bar No. 209482
  ROBIN B. JOHANSEN, State Bar No. 79084
2 OMAR EL-QOULAQ, State Bar No. 324729
  OLSON REMCHO, LLP
3 1901 Harrison Street, Suite 1550
  Oakland, CA 94612
4 Phone: (510) 346-6200
  Fax: (510) 574-7061
5 Email: mprinzing@olsonremcho.com
  Email: rjohansen@olsonremcho.com
6 Email: oelqoulaq@olsonremcho.com

7 Attorneys for Defendants
  County of Alameda, County of Contra Costa,
8 County of Fresno, County of Kings, County of
  Merced, County of Plumas, County of Riverside,
9 County of San Bernardino, County of San Joaquin,
  County of Stanislaus, and County of Tulare

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY, CALIFORNIA, et al.,<br><br>Defendants. | Case No. 4:19-cv-07230-HSG<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR PRELIMINARY INJUNCTION BRIEFING**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

# STIPULATION

WHEREAS, Plaintiff BNSF Railway Company ("BNSF") filed a Motion for Preliminary Injunction on December 20, 2019, noticed for hearing on March 5, 2020 at 2:00 p.m.;

WHEREAS, given that eleven of the fifteen Defendant counties[1] have recently retained OLSON REMCHO, LLP to serve as lead counsel in this matter, and given that OLSON REMCHO, LLP was retained by these individual counties between the dates of January 22 and January 28, 2020, the parties have agreed to extend the briefing schedule to provide new counsel with one additional week to prepare an opposition brief, as described below;

WHEREAS three additional counties[2] expect to retain OLSON REMCHO, LLP in the near future;

WHEREAS, the current deadline for Defendants to respond to Plaintiff BNSF's Motion for Preliminary Injunction is February 3, 2020, and the current deadline for Plaintiff BNSF to file a reply in support of its Motion for Preliminary Injunction is February 20, 2020;

WHEREAS, the parties agree that the deadline for Defendants to file their Opposition(s) to Plaintiff BNSF's Motion for Preliminary Injunction should be extended to and include February 10, 2020;

WHEREAS, this requested time modification would not have an effect on the schedule of the case, other than to extend the deadline by one week for Defendants to file their Opposition(s) to Plaintiff BNSF's Motion for Preliminary Injunction.

NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants, and subject to approval of the Court, that:

(1) Defendants shall file their Opposition(s) to Plaintiff BNSF's Motion for Preliminary Injunction on or before February 10, 2020;

(2) Plaintiff BNSF shall file its Reply in support of its Motion for Preliminary Injunction on or before February 20, 2020;

---

[1] Those eleven counties are: Alameda, Contra Costa, Fresno, Kings, Merced, Plumas, Riverside, San Bernardino, San Joaquin, Stanislaus, and Tulare.

[2] Those three counties are: Kern, Madera, and Orange.

STIPULATION & ORDER SETTING SCHEDULE FOR PRELIM. INJ. BRIEFING
Case No. 4:19-cv-07230-HSG

1

1      (3) A hearing on Plaintiff BNSF's Motion for Preliminary Injunction will be held on March 5, 2020 at 2:00 p.m.;

    Pursuant to Local Civil Rule 6-2(a)(2), the parties disclose that they previously agreed, and this Court ordered, (1) that the deadline for Defendants to file their Opposition to Plaintiff BNSF's Motion for Preliminary Injunction should be extended to February 3, 2020 and the deadline for Plaintiff BNSF to file its Reply in support of its Motion for Preliminary Injunction should be extended to February 20, 2020; and (2) that the Case Management Conference should be continued to March 5, 2020 to coincide with the hearing on Plaintiff BNSF's Motion for Preliminary Injunction, and the parties' Case Management Statement including the Rule 26(f) report should be filed by February 27, 2020. In addition, the parties previously agreed to extend Defendants' deadline to respond to the Complaint to January 31, 2020 and then to February 14, 2020.

Dated: January 30, 2020

Respectfully submitted,

OLSON REMCHO, LLP

By: */s/ Margaret R. Prinzing*

Attorney for Defendants County of Alameda, County of Contra Costa, County of Fresno, County of Kings, County of Merced, County of Plumas, County of Riverside, County of San Bernardino, County of San Joaquin, County of Stanislaus, and County of Tulare

///

///

///

| | | |
|---|---|---|
| 1 | Dated: January 30, 2020 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By: /s/ Jessica Reich Baril |
| | | JESSICA REICH BARIL |
| 4 | | (State Bar No. 302135) |
| | | 350 South Grand Avenue, Fiftieth Floor |
| 5 | | Los Angeles, California 90071 |
| | | Telephone: (213) 683-9100 |
| 6 | | Facsimile: (213) 683-5164 |
| | | Email: jessica.baril@mto.com |

Dated: January 30, 2020    MUNGER, TOLLES & OLSON LLP

By: /s/ Jessica Reich Baril
JESSICA REICH BARIL
(State Bar No. 302135)
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5164
Email: jessica.baril@mto.com

BENJAMIN J. HORWICH
(State Bar No. 249090)
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: ben.horwich@mto.com

Attorneys for Plaintiff BNSF Railway Company

Dated:: January 30, 2020    MARGO A. RAISON

By: /s/ Jerri S. Bradley
Jerri S. Bradley
(State Bar No. 180341)
Deputy County Counsel, County of Kern
1115 Truxtun Avenue, 4th Floor
Bakersfield, CA 93301
Telephone: (661) 868-3819
Facsimile: (661) 868-3809
Email: jbradley@kerncounty.com

Attorneys for Defendant County of Kern

Dated: January 30, 2020    COUNTY COUNSEL, COUNTY OF MADERA

By: /s/ Michael R. Linden
Michael R. Linden
(State Bar No. 192485)
Deputy County Counsel, County of Madera
7404 N Spalding Ave.
Fresno, CA 93720
Telephone: (559) 431-5600
Facsimile: (559) 261-9366
Email: mlinden@lozanosmith.com

Attorneys for Defendant County of Madera

STIPULATION & ORDER SETTING
SCHEDULE FOR PRELIM. INJ. BRIEFING
Case No. 4:19-cv-07230-HSG

3

Dated: January 30, 2020          COUNTY COUNSEL, ORANGE COUNTY


By:  /s/ Steven C. Miller
     Steven C. Miller
        (State Bar No. 112951)
     Senior Deputy County Counsel
     County of Orange
     333 West Santa Ana Blvd., 4th Floor
     Santa Ana, CA  92701
     Telephone: (714) 834-3304
     Email: steven.miller@coco.ocgov.com

Attorneys for Defendant County of Orange


Dated: January 30, 2020          COUNTY COUNSEL, SAN DIEGO COUNTY


By:  /s/ Laura E. Dolan
     Laura E. Dolan
        (State Bar No. 302859)
     Senior Deputy County Counsel
     Office of County Counsel, San Diego County
     1600 Pacific Highway, Room 355
     San Diego, CA  92101
     Telephone: (619) 531-5801
     Email: Laura.Dolan@sdcounty.ca.gov

Attorneys for Defendant County of San Diego


Upon presentation of the parties' stipulation and good cause shown, IT IS SO ORDERED.

Dated:  1/31/2020

                                       HON. HAYWOOD S. GILLIAM, JR.
                                       UNITED STATES DISTRICT COURT JUDGE

---