MARGARET R. PRINZING, State Bar No. 209482
ROBIN B. JOHANSEN, State Bar No. 79084
OMAR EL-QOULAQ, State Bar No. 324729
OLSON REMCHO, LLP
1901 Harrison Street, Suite 1550
Oakland, CA  94612
Phone:  (510) 346-6200
Fax:  (510) 574-7061
Email:  mprinzing@olsonremcho.com
Email:  rjohansen@olsonremcho.com
Email:  oelqoulaq@olsonremcho.com

Attorneys for Defendants County of Alameda, County of Contra Costa, County of Fresno, County of Kern, County of Kings, County of Madera, County of Merced, County of Orange, County of Plumas, County of Riverside, County of San Bernardino, County of San Joaquin, County of Stanislaus, and County of Tulare

*Additional counsel listed on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY, CALIFORNIA, et al.,<br><br>             Defendants. | No.:  Case No. 4:19-cv-07230-HSG<br><br>**JOINT STIPULATION REQUESTING AMENDMENT OF ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INUNCTION; [PROPOSED] ORDER**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Crtrm.:  2 |

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure and Civil Local Rule 7-2, the parties hereby submit the following stipulation and proposed order:

### JOINT STIPULATION REQUESTING AMENDMENT OF ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

WHEREAS, on December 20, 2019, Plaintiff BNSF ("BNSF") filed a Motion for Preliminary Injunction seeking a preliminary injunction against fifteen Defendant Counties ("Counties") (Dkt. No. 35) under 49 U.S.C. § 11501(b)(3), and a Proposed Order (Dkt. No. 35-4) which included, in relevant part, the following proposed language: "The Enjoined Parties are further ENJOINED through the pendency of this litigation until entry of a final judgment from taking any action to impose any interest or penalties, from taking any action to record or enforce a tax lien upon any property used or owned by BNSF Railway Company, or from taking any other action authorized by state law for delinquent or unpaid taxes under California law, *with respect to taxes in excess of the amounts described above.*"  Plaintiff's Proposed Order Granting Motion for Preliminary Injunction at 3:13-17 (emphasis added);

WHEREAS, the reference to "taxes in excess of the amounts described above" in BNSF's Proposed Order refers to taxes in excess of the taxes due pursuant to the tax rate calculated and reported for each county by the California State Board of Equalization under California Revenue and Taxation Code section 11403;

WHEREAS, on April 8, 2020, the Court entered an order granting BNSF's Motion for Preliminary Injunction;

WHEREAS, in such order the Court ordered, in part, the following injunctive relief: "The Enjoined Parties are further enjoined through the pendency of this litigation until entry of a final judgment from taking any action to impose any interest or penalties, from taking any action to record or enforce a tax lien upon any property used or owned by Plaintiff, or from taking any other action authorized by state law for delinquent or unpaid taxes under California law." Order Granting Motion for Preliminary Injunction at 15:9-12 (Dkt. No. 65);

JOINT STIP. REQUESTING AMENDMENT OF ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIM. INJ.; [PROPOSED] ORDER – NO. 4:19-cv-07230-HSG

1

WHEREAS, by inadvertently omitting the italicized portion of BNSF's proposed order, the Order Granting Plaintiff's Motion for Preliminary Injunction is overbroad in that it prohibits the Counties from imposing any interest or penalties, from taking any action to record or enforce a tax lien upon any property used or owned by BNSF, or from taking any other action at all against BNSF for delinquent or unpaid taxes through the pendency of this litigation, regardless of whether such delinquency or failure to pay taxes relates to BNSF's tax liability at issue in this matter, or to taxes outside the purview of this litigation;

NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between BNSF and the Counties, and subject to approval of the Court, that:

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Court amend its April 8, 2020, Order Granting Plaintiff's Motion for Preliminary Injunction to address the omission of essential language, where such omission effectively prohibits the Counties from taking action against BNSF for withholding taxes outside the purview of this litigation. The Parties request that such Order be amended to include the italicized language in the following paragraph at page 15, lines 9 through 12: "The Enjoined Parties are further enjoined through the pendency of this litigation until entry of a final judgment from taking any action to impose any interest or penalties, from taking any action to record or enforce a tax lien upon any property used or owned by Plaintiff, or from taking any other action authorized by state law for delinquent or unpaid taxes under California law, *with respect to taxes for the 2019-2020 tax year and beyond on property that was assessed by the unitary method of valuation that are in excess of the taxes due pursuant to the tax rate calculated and reported for each county by the California State Board of Equalization under California Revenue and Taxation Code section 11403.*"

//
//
//
//
//

JOINT STIP. REQUESTING AMENDMENT OF
ORDER GRANTING PLAINTIFF'S MOTION
FOR PRELIM. INJ.; [PROPOSED] ORDER – NO.
4:19-cv-07230-HSG

2

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  April 21, 2020 | OLSON REMCHO, LLP |
| 3 |   | By:  /S/ Margaret R. Prinzing |
|   |   |        Margaret R. Prinzing |
| 4 |   |   |
| 5 |   | Attorneys for Defendants County of Alameda, County of Contra Costa, County of Fresno, County of Kern, County of Kings, County of Madera, County of Merced, County of Orange County of Plumas, County of Riverside, County of San Bernardino, County of San Joaquin, County of Stanislaus, and County of Tulare |
| 6 |   |   |
| 7 |   |   |
| 8 |   |   |
| 9 |   |   |
| 10 | Dated:  April 21, 2020 | COUNTY COUNSEL, SAN DIEGO COUNTY |
| 11 |   | By:  /S/ Laura E. Dolan |
|   |   |        Laura E. Dolan (State Bar No. 302859) |
|   |   |        San Diego County Counsel |
| 12 |   |        1600 Pacific Highway, Room 355 |
|   |   |        San Diego, CA 92101 |
| 13 |   |        Phone:  619-531-5801 |
|   |   |        Fax:  619-531-6005 |
| 14 |   |        Email:  laura.dolan@sdcounty.ca.gov |
| 15 |   | Attorneys for Defendant County of San Diego |
| 16 |   |   |
| 17 | Dated:  April 21, 2020 | By:  /S/ Jessica Reich Baril |
|   |   |        Jessica Reich Baril (State Bar No. 302135) |
| 18 |   |        MUNGER, TOLLES & OLSON LLP |
| 19 |   |        350 South Grand Avenue, Fiftieth Floor |
|   |   |        Los Angeles, California 90071 |
| 20 |   |        Phone:  (213) 683-9100 |
|   |   |        Fax:  (213) 683-5164 |
| 21 |   |        Email:  jessica.baril@mto.com |
| 22 |   | Attorneys for Plaintiff BNSF Railway Company |

JOINT STIP. REQUESTING AMENDMENT OF
ORDER GRANTING PLAINTIFF'S MOTION
FOR PRELIM. INJ.; [PROPOSED] ORDER – NO.
4:19-cv-07230-HSG

3

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 21, 2020

/S/ Margaret R. Prinzing

**[PROPOSED] ORDER**

Upon presentation of the Parties' stipulation and good cause shown, the Court hereby amends the Order Granting Plaintiff's Motion for Preliminary Injunction to strike the paragraph currently appearing at page 15, lines 9 through 12 of the Order, and replace the paragraph with the following: "The Enjoined Parties are further enjoined through the pendency of this litigation until entry of a final judgment from taking any action to impose any interest or penalties, from taking any action to record or enforce a tax lien upon any property used or owned by Plaintiff, or from taking any other action authorized by state law for delinquent or unpaid taxes under California law, *with respect to taxes for the 2019-2020 tax year and beyond on property that was assessed by the unitary method of valuation that are in excess of the taxes due pursuant to the tax rate calculated and reported for each county by the California State Board of Equalization under California Revenue and Taxation Code section 11403*."

Dated: _____4/22/2020_____

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

(00407560-5)

JOINT STIP. REQUESTING AMENDMENT OF ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIM. INJ.; [PROPOSED] ORDER – NO. 4:19-cv-07230-HSG

5