1 | LEE BURDICK, No. 157423
Kings County Counsel
2 | CARRIE R. WOOLLEY, No. 272699
Assistant County Counsel
3 | County Government Center
1400 West Lacey Blvd., Bldg. No. 4
4 | Hanford, CA  93230
Tel:  (559) 852-2445
5 | Fax:  (559) 584-0865

6 | Attorney for Kings County

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| BNSF RAILWAY COMPANY, | Case No. 4:19-cv-07230-HSG |
|---|---|
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS, KINGS COUNTY**; ORDER |
| ALAMEDA COUNTY, CONTRA COSTA COUNTY, FRESNO COUNTY, KERN COUNTY, KINGS COUNTY, MADERA COUNTY, MERCED COUNTY, ORANGE COUNTY, PLUMAS COUNTY, RIVERSIDE COUNTY, SAN BERNARDINO COUNTY, SAN DIEGO COUNTY, SAN JOAQUIN COUNTY, STANISLAUS COUNTY, and TULARE COUNTY, CALIFORNIA, | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, COUNTY OF KINGS substitutes the Office of KINGS COUNTY COUNSEL, located at 1400 W. Lacey Blvd., Bldg. 4, Hanford, CA 93230 (559) 852-2445 in place of their attorney of record in this action OLSON REMCHO LLP.

///

///

Page 1

SUBSTITUTION OF ATTORNEYS

1  I accept this substitution.
2  Date: Sept. 17, 2020                    KINGS COUNTY COUNSEL
3
4                                          _____
5                                          LEE BURDICK, SBN 157423
6  I consent to the above substitution.
7  Date: 9/21/20                           OLSON REMCHO, LLP
8
9                                          _____
10                                         MARGARET R. PRINZING, SBN 209482
11
12  The substitution of attorney is hereby approved and so ORDERED.
13
14
15  Date: _____
                                            HON. HAYWOOD S. GILLIAM, JR.
16                                          UNITED STATES DISTRICT JUDGE

I accept this substitution.

Date: Sept. 17, 2020

KINGS COUNTY COUNSEL

*Lee Burdick*

LEE BURDICK, SBN 157423

I consent to the above substitution.

Date: _____

OLSON REMCHO, LLP

_____
MARGARET R. PRINZING, SBN 209482

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/28/2020

*Haywood S. Gilliam, Jr.*

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Page 2

SUBSTITUTION OF ATTORNEYS

AMENDED PROOF OF SERVICE
(CCP §§ 1013, 1010.6, 1011, 2015.5 and Rules of Court 2.251 & 2.306)

I am employed by the County of Kings; I am over the age of eighteen years and not a party to the above-entitled action; my business address is: 1400 West Lacey Blvd., Bldg. 4, Hanford, CA, 93230. My electronic service address is maricela.delarosa@co.kings.ca.us.

On ___September 25, 2020___, I served the following document(s):

**SUBSTITUTION OF ATTORNEYS, KINGS COUNTY**

☐ BY MAIL: by placing a true copy of the document(s) in a sealed envelope and placing in the designated area for outgoing mail, addressed as set forth below:

☐ BY INTEROFFICE MAIL: by placing a true copy of the document(s) in an interoffice envelope and placing in the designated area for outgoing mail, addressed as set forth below:

☐ PICK UP BOX: by placing a true copy of the document(s) in a sealed envelope and hand delivering to the pick-up box reserved for this individual or organization at the address set forth below:

☐ BY FAX: by use of facsimile machine telephone number (559) 584-0865, by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

Name: _____ Fax number: _____
The transmission was complete and without error.

☐ BY OVERNIGHT MAIL: by causing the document(s) to be delivered by an overnight delivery service company for delivery to the addressee(s) by the next business day.

☐ BY PERSONAL DELIVERY: by personally delivering a copy to the person(s) at the address(es) set forth below:

☒ BY EMAIL: by transmitting the document(s) via email to the address(es) listed below:

*See attached Service List*

I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in an appropriate mailbox in the County of Kings, California.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on ___September 25, 2020___, at Hanford, California.

_____
MARICELA DE LA ROSA

[339996]

Page 1

PROOF OF SERVICE

## Service List
### BNSF Railway Company v. Alameda County, et al.

| **Counsel for BNSF Railway Company (Plaintiff)** | **Counsel for County of Alameda (Defendant)** |
|---|---|
| Margaret R. Prinzing<br>Olson Remcho, LLP<br>1901 Harrison Street, Suite 1550<br>Oakland, CA 94612<br>Email: mprinzing@olsonremcho.com<br><br>Jessica Reich Baril<br>Munger Tolles & Olson, LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>Email: jessica.baril@mto.com<br><br>Benjamin Joseph Horwich<br>Munger Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Email: ben.horwich@mto.com<br><br>Misty Smith Kelley<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>633 Chestnut Street, Suite 1900<br>Chattanooga, TN 37450<br>Email: mkelley@bakerdonelson.com<br><br>Zachary Kisber<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>First Tennessee Bank Building<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Email: zkisber@bakerdonelson.com<br><br>John Michael Phillips<br>Baker, Donelson, et al.<br>633 Chestnut Street, Suite 1900<br>Chattanooga, TN 37450<br>Email: jphillips@bakerdonelson.com | Farand Chi-Fung Kan<br>Office of the County Counsel,<br>County of Alameda<br>1221 Oak Street, Suite 450<br>Oakland, CA 94612-4296<br>Email: farand.kan@acgov.org |

| | |
|---|---|
| **Counsel for County of Contra Costa (Defendant)**<br>Rebecca Jeanenne Hooley<br>651 Pine Street<br>Martinez, CA 94553<br>Email: rebeca.hooley@cc.cccounty.us | **Counsel for County of Fresno (Defendant)**<br>Daniel Carl Cederborg<br>Office of the County Counsel, County of Fresno<br>2220 Tulare Street, Suite 500<br>Fresno, CA 93721<br>Email: dcederborg@fresnocountyca.gov |
| **Counsel for County of Kern (Defendant)**<br>Jerri Sue Bradley<br>Office of Kern County Counsel<br>1115 Truxtun Avenue, 4th Floor<br>Bakersfield, CA 93301<br>Email: jbradley@kerncounty.com | **Counsel for County of Madera (Defendant)**<br>Michael Robert Linden<br>Lozano Smith<br>7404 N. Spalding Avenue<br>Email: mlinden@lozanosmith.com |
| **Counsel for Merced (Defendant)**<br>Forrest William Hansen<br>Merced County Counsel<br>2222 M Street, Room 309<br>Merced, CA 95340<br>Email: forrest.hansen@countyofmerced.com | **County for County of Orange (Defendant)**<br>Steven Craig Miller<br>Orange County Counsel<br>333 W. Santa Ana Blvd., Suite 407<br>P.O. Box 1379<br>Santa Ana, CA 92702<br>Email: steven.miller@coco.ocgov.com |
| **Counsel for County of Plumas (Defendant)**<br>Gretchen Maria Stuhr<br>Deputy County Counsel III<br>Plumas County Counsel's Office<br>520 Main Street, Room 302<br>Quincy, CA 95971<br>Email: gretchenstuhr@countyofplumas.com | **Counsel for County of Riverside (Defendant)**<br>Ronak N Patel<br>County of Riverside Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501<br>Email: rpatel@co.riverside.ca.us |
| **Counsel for County of San Bernardino (Defendant)**<br>Kristina Marie Robb<br>County Counsel<br>385 N. Arrowhead Avenue<br>San Bernardino, CA 92415-0140<br>Email: krobb@cc.sbcounty.gov | **Counsel for County of San Diego (Defendant)**<br>Laura E. Dolan<br>Office of County Counsel<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101<br>Email: laura.dolan@sdcounty.ca.gov |
| **Counsel for County of San Joaquin (Defendant)**<br>Richard Manuel Flores<br>San Joaquin County Counsel<br>44 North San Joaquin Street, Suite 679<br>Stockton, CA 95202<br>Email: rflores@sjgov.org | **County for County of Stanislaus (Defendant)**<br>Daniel Perry Solish<br>Stanislaus County Counsel<br>1010 10th Street, Suite 6400<br>Modesto, CA 95354<br>Email: solishd@stancounty.com |
| **Counsel for County of Tulare (Defendant)**<br>Kathleen Alison Taylor<br>Attorney at Law<br>2900 W. Burrel Avenue<br>Visalia, CA 93291<br>Email: ktaylor@co.tulare.ca.us | |