MARGARET R. PRINZING, State Bar No. 209482
ROBIN B. JOHANSEN, State Bar No. 79084
OMAR EL-QOULAQ, State Bar No. 324729
OLSON REMCHO, LLP
1901 Harrison Street, Suite 1550
Oakland, CA 94612
Phone: (510) 346-6200
Fax: (510) 574-7061
Email: mprinzing@olsonremcho.com
Email: rjohansen@olsonremcho.com
Email: oelqoulaq@olsonremcho.com

Attorneys for Defendants County of Alameda, County of Contra Costa, County of Fresno, County of Kern, County of Madera, County of Merced, County of Orange, County of Plumas, County of Riverside, County of San Bernardino, County of San Joaquin, County of Stanislaus, and County of Tulare

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY, CALIFORNIA, et al.,<br><br>Defendants. | No.: Case No. 4:19-cv-07230-HSG<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR FURTHER PROCEEDINGS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

STIPULATION AND ORDER
SETTING SCHEDULE FOR
FURTHER PROCEEDINGS –
NO. 4:19-cv-07230-HSG

# STIPULATION

WHEREAS, on April 8, 2021, this Court granted Plaintiff BNSF Railway Company's ("BNSF") Motion for Preliminary Injunction and enjoined the defendant counties "from levying or collecting ad valorem property taxes from Plaintiff on its unitary property based on a tax rate higher than the annual average tax rate of general property taxation calculated and reported for each county by the California State Board of Equalization under Cal. Rev. & Tax Code § 11403" through the pendency of the proceedings;

WHEREAS, on May 7, 2020, thirteen[1] of the fifteen Defendant Counties jointly filed a timely notice of appeal from the District Court's order;

WHEREAS, on May 7, 2020, San Diego County separately filed its notice of appeal;

WHEREAS, Kings County chose not to pursue an appeal of this Court's ruling on BNSF's Motion for Preliminary Injunction;

WHEREAS, on August 5, 2021, the Ninth Circuit Court of Appeals upheld this Court's issuance of its preliminary injunction;

WHEREAS, according to Federal Rule of Appellate Procedure 41 and Ninth Circuit Rules 41-1 & 41-2, the Ninth Circuit mandate on its ruling will issue on August 26, 2021;

WHEREAS, given that each of the fourteen Defendant counties that appealed this Court's order must seek direction on next steps in this litigation from each of their respective Boards of Supervisors, the parties have agreed to seek a stay of proceedings in this Court once mandate issues in order to provide Counties sufficient time to receive such direction;

WHEREAS, because no case management conference is currently scheduled addressing proceedings following the ruling on appeal in the Ninth Circuit, this requested time modification would not affect the current schedule of the case.

---

[1] Those thirteen counties are: Alameda, Contra Costa, Fresno, Kern, Madera, Merced, Orange, Plumas, Riverside, San Bernardino, San Joaquin, Stanislaus, and Tulare.

NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants, and subject to approval of the Court, that:

(1) Proceedings in this Court shall be stayed on remand until a case management conference can be held;

(2) The parties will submit a Joint Case Management Statement to this Court on or before October 29, 2021; and

(3) The parties request that the Court set the next case management conference at its convenience.

Pursuant to Local Civil Rule 6-2(a)(2), the parties disclose that they previously agreed, and this Court ordered, (1) that the deadline for Defendants to file their Opposition to Plaintiff BNSF's Motion for Preliminary Injunction should be extended to February 3, 2020 and the deadline for Plaintiff BNSF to file its Reply in support of its Motion for Preliminary Injunction should be extended to February 20, 2020; (2) that the deadline for Defendants to file their Opposition to Plaintiff BNSF's Motion for Preliminary Injunction should be extended to February 10, 2020, and (2) that the Case Management Conference should be continued to March 5, 2020 to coincide with the hearing on Plaintiff BNSF's Motion for Preliminary Injunction, and the parties' Case Management Statement including the Rule 26(f) report should be filed by February 27, 2020.  In addition, the parties previously agreed to extend Defendants' deadline to respond to the Complaint to January 31, 2020 and then to February 14, 2020.

Dated:  August 19, 2021

Respectfully submitted,

OLSON REMCHO, LLP

By: /s/ Margaret R. Prinzing

Attorneys for Defendants County of Alameda, County of Contra Costa, County of Fresno, County of Kern, County of Madera, County of Merced, County of Orange, County of Plumas, County of Riverside, County of San Bernardino, County of San Joaquin, County of Stanislaus, and County of Tulare

STIPULATION AND ORDER SETTING SCHEDULE FOR FURTHER PROCEEDINGS – NO. 4:19-cv-07230-HSG

2

Dated: August 20, 2021                MUNGER, TOLLES & OLSON LLP

                                      By:  /s/ Benjamin J. Horwich
                                           BENJAMIN J. HORWICH
                                              (State Bar No. 249090)
                                           560 Mission Street, Twenty-Seventh Floor
                                           San Francisco, California 94105
                                           Telephone: (415) 512-4000
                                           Facsimile: (415) 512-4077
                                           Email: ben.horwich@mto.com

                                           JESSICA REICH BARIL
                                              (State Bar No. 302135)
                                           350 South Grand Avenue, Fiftieth Floor
                                           Los Angeles, California 90071
                                           Telephone: (213) 683-9100
                                           Facsimile: (213) 683-5164
                                           Email: jessica.baril@mto.com

                                      Attorneys for Plaintiff BNSF Railway Company

Dated: August 20, 2021                COUNTY COUNSEL, SAN DIEGO COUNTY

                                      By:  /s/ Laura E. Dolan
                                           Laura E. Dolan
                                              (State Bar No. 302859)
                                           Senior Deputy County Counsel
                                           Office of County Counsel, San Diego County
                                           1600 Pacific Highway, Room 355
                                           San Diego, CA  92101
                                           Telephone: (619) 531-5801
                                           Email: Laura.Dolan@sdcounty.ca.gov

                                      Attorneys for Defendant County of San Diego

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/23/2021

                                      _____
                                      HON. HAYWOOD S. GILLIAM, JR.
                                      UNITED STATES DISTRICT COURT JUDGE