1  BENJAMIN J. HORWICH (State Bar No. 249090)
   GABRIEL M. BRONSHTEYN (State Bar No. 338011)
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
3  San Francisco, California 94105
   Telephone:  (415) 512-4000
4  Facsimile: (415) 512-4077
   ben.horwich@mto.com
5  gabriel.bronshteyn@mto.com

6  *Attorneys for Plaintiff BNSF Railway Company*

7  (Counsel for Defendants listed on signature page)

8

9                    UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11 | BNSF RAILWAY COMPANY,              | Case No. 4:19-cv-07230-HSG
12 |                Plaintiff,          |
13 |        vs.                         | **STIPULATION AND ORDER EXTENDING TIME TO FILE CASE MANAGEMENT STATEMENT**
14 | ALAMEDA COUNTY,                    |
   | CONTRA COSTA COUNTY,               | Judge:  Hon. Haywood S. Gilliam, Jr.
15 | FRESNO COUNTY,                     |
   | KERN COUNTY,                       |
16 | KINGS COUNTY,                      |
   | MADERA COUNTY,                     |
17 | MERCED COUNTY,                     |
   | ORANGE COUNTY,                     |
18 | PLUMAS COUNTY                      |
   | RIVERSIDE COUNTY,                  |
19 | SAN BERNARDINO COUNTY,             |
   | SAN DIEGO COUNTY,                  |
20 | SAN JOAQUIN COUNTY,                |
   | STANISLAUS COUNTY, and             |
21 | TULARE COUNTY, CALIFORNIA,         |
22 |                Defendants.         |

23

24

25

26

27

28

**STIPULATION**

The parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, proceedings in this Court are stayed until a Case Management Conference is held;

WHEREAS, this Court has scheduled a Case Management Conference for November 16, 2021;

WHEREAS, the current deadline for the parties to submit a Joint Case Management Statement is October 29, 2021;

WHEREAS, this Court's Standing Order for Civil Cases provides that "[p]arties shall file their joint statement not less than seven calendar days prior to the case management conference";

WHEREAS, the parties agree that the deadline for submitting a Joint Case Management Statement should be extended to November 9, 2021, seven calendar days prior to the Case Management Conference;

WHEREAS, the requested time modification would have no other impact on the schedule for the case;

NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants, and subject to approval of the Court, that:

(1) The parties shall submit a Joint Case Management Statement to this Court on or before November 9, 2021.

Pursuant to Local Civil Rule 6-2(a)(2), the parties disclose that they previously agreed, and this Court ordered, (1) that proceedings in this Court on remand from the Ninth Circuit should be stayed until a Case Management Conference can be held, and that the parties would submit a Joint Case Management Statement on or before October 29, 2021; (2) that the deadline for Defendants to file their Opposition to Plaintiff's Motion for Preliminary Injunction should be extended to February 3, 2020 and the deadline for Plaintiff to file its Reply in support of its Motion for Preliminary Injunction should be extended to February 20, 2020; (3) that the

1  deadline for Defendants to file their Opposition to Plaintiff BNSF's Motion for Preliminary
2  Injunction should be extended to February 10, 2020, and (4) that the Case Management
3  Conference should be continued to March 5, 2020 to coincide with the hearing on Plaintiff
4  BNSF's Motion for Preliminary Injunction, and the parties' Case Management Statement
5  including the Rule 26(f) report should be filed by February 27, 2020.  In addition, the parties
6  previously agreed to extend Defendants' deadline to respond to the Complaint to January 31, 2020
7  and then to February 14, 2020.

| | | |
|---|---|---|
| 1 | DATED: October 27, 2021 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By:   /s/ *Gabriel M. Bronshteyn* |
| | | BENJAMIN J. HORWICH |
| 4 | | (State Bar No. 249090) |
| | | GABRIEL M. BRONSHTEYN |
| 5 | | (State Bar No. 338011) |
| | | 560 Mission Street, Twenty-Seventh Floor |
| 6 | | San Francisco, California 94105 |
| | | Telephone: (415) 512-4000 |
| 7 | | Facsimile: (415) 512-4077 |
| | | ben.horwich@mto.com |
| 8 | | gabriel.bronshteyn@mto.com |
| 9 | | |
| | | *Attorneys for Plaintiff BNSF Railway Company* |
| 10 | | |
| 11 | DATED: October 27, 2021 | OLSON REMCHO, LLP |
| 12 | | |
| 13 | | By:   /s/ *Margaret R. Prinzing* |
| | | Margaret R. Prinzing |
| 14 | | |
| 15 | | Attorney for Defendants County of Alameda, County of Contra Costa, County of Fresno, County of Kern, County of Madera, County of Merced, County of Orange, County of Plumas, County of Riverside, County of San Bernardino, County of San Joaquin, County of Stanislaus, and County of Tulare |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | DATED: October 27, 2021 | COUNTY COUNSEL, SAN DIEGO COUNTY |
| 21 | | |
| 22 | | By:   /s/ *Laura E. Dolan* |
| | | Laura E. Dolan |
| 23 | | (State Bar No. 302859) |
| | | Senior Deputy County Counsel |
| 24 | | Office of the County Counsel, San Diego County |
| | | 1600 Pacific Highway, Room 355 |
| 25 | | San Diego, CA 92101 |
| | | Telephone: (619) 531-5801 |
| 26 | | Email: Laura.Dolan@sdcounty.ca.gov |
| 27 | | |
| | | Attorney for Defendant County of San Diego |
| 28 | | |

1 | Upon presentation of the parties' stipulation and good cause shown, IT IS SO ORDERED.

3 | DATED:  10/28/2021

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE