1   BENJAMIN J. HORWICH (State Bar No. 249090)
    GABRIEL M. BRONSHTEYN (State Bar No. 338011)
2   MUNGER, TOLLES & OLSON LLP
    560 Mission Street, Twenty-Seventh Floor
3   San Francisco, California 94105
    Telephone:  (415) 512-4000
4   Facsimile: (415) 512-4077
    ben.horwich@mto.com
5   gabriel.bronshteyn@mto.com

6   *Attorneys for Plaintiff BNSF Railway Company*

7   (Counsel for Defendants listed on signature page)

8

9                   UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11  BNSF RAILWAY COMPANY,                    Case No. 4:19-cv-07230-HSG

12              Plaintiff,
                                             **STIPULATION AND ORDER**
13          vs.                              **EXTENDING TIME TO FILE CASE**
                                             **MANAGEMENT STATEMENT**
14  ALAMEDA COUNTY,
    CONTRA COSTA COUNTY,                     Judge:  Hon. Haywood S. Gilliam, Jr.
15  FRESNO COUNTY,
    KERN COUNTY,
16  KINGS COUNTY,
    MADERA COUNTY,
17  MERCED COUNTY,
    ORANGE COUNTY,
18  PLUMAS COUNTY
    RIVERSIDE COUNTY,
19  SAN BERNARDINO COUNTY,
    SAN DIEGO COUNTY,
20  SAN JOAQUIN COUNTY,
    STANISLAUS COUNTY, and
21  TULARE COUNTY, CALIFORNIA,

22              Defendants.

23

24

25

26

27

28

## **STIPULATION**

The parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, proceedings in this Court are stayed until a Case Management Conference is held;

WHEREAS, this Court has scheduled a Case Management Conference for November 16, 2021;

WHEREAS, the current deadline for the parties to submit a Joint Case Management Statement is October 29, 2021;

WHEREAS, this Court's Standing Order for Civil Cases provides that "[p]arties shall file their joint statement not less than seven calendar days prior to the case management conference";

WHEREAS, the parties agree that the deadline for submitting a Joint Case Management Statement should be extended to November 9, 2021, seven calendar days prior to the Case Management Conference;

WHEREAS, the requested time modification would have no other impact on the schedule for the case;

NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants, and subject to approval of the Court, that:

(1)  The parties shall submit a Joint Case Management Statement to this Court on or before November 9, 2021.

Pursuant to Local Civil Rule 6-2(a)(2), the parties disclose that they previously agreed, and this Court ordered, (1) that proceedings in this Court on remand from the Ninth Circuit should be stayed until a Case Management Conference can be held, and that the parties would submit a Joint Case Management Statement on or before October 29, 2021; (2) that the deadline for Defendants to file their Opposition to Plaintiff's Motion for Preliminary Injunction should be extended to February 3, 2020 and the deadline for Plaintiff to file its Reply in support of its Motion for Preliminary Injunction should be extended to February 20, 2020; (3) that the

1   deadline for Defendants to file their Opposition to Plaintiff BNSF's Motion for Preliminary

2   Injunction should be extended to February 10, 2020, and (4) that the Case Management

3   Conference should be continued to March 5, 2020 to coincide with the hearing on Plaintiff

4   BNSF's Motion for Preliminary Injunction, and the parties' Case Management Statement

5   including the Rule 26(f) report should be filed by February 27, 2020.  In addition, the parties

6   previously agreed to extend Defendants' deadline to respond to the Complaint to January 31, 2020

7   and then to February 14, 2020.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING CASE MANAGEMENT STATEMENT

1   DATED:  October 27, 2021              MUNGER, TOLLES & OLSON LLP

2

3                                        By:        /s/ *Gabriel M. Bronshteyn*
                                               BENJAMIN J. HORWICH
4                                                 (State Bar No. 249090)
                                               GABRIEL M. BRONSHTEYN
5                                                 (State Bar No. 338011)
                                               560 Mission Street, Twenty-Seventh Floor
6                                              San Francisco, California 94105
                                               Telephone: (415) 512-4000
7                                              Facsimile: (415) 512-4077
                                               ben.horwich@mto.com
8                                              gabriel.bronshteyn@mto.com

9                                              *Attorneys for Plaintiff BNSF Railway Company*

10

11  DATED:  October 27, 2021              OLSON REMCHO, LLP

12

13                                       By:        /s/ *Margaret R. Prinzing*
                                               Margaret R. Prinzing
14
                                               *Attorney for Defendants County of Alameda,*
15                                             *County of Contra Costa, County of Fresno,*
                                               *County of Kern, County of Madera, County of*
16                                             *Merced, County of Orange, County of Plumas,*
                                               *County of Riverside, County of San Bernardino,*
17                                             *County of San Joaquin, County of Stanislaus, and*
                                               *County of Tulare*
18

19

20  DATED:  October 27, 2021              COUNTY COUNSEL, SAN DIEGO COUNTY

21

22                                       By:        /s/ *Laura E. Dolan*
                                               Laura E. Dolan
23                                                (State Bar No. 302859)
                                               Senior Deputy County Counsel
24                                             Office of the County Counsel, San Diego County
                                               1600 Pacific Highway, Room 355
25                                             San Diego, CA 92101
                                               Telephone: (619) 531-5801
26                                             Email: Laura.Dolan@sdcounty.ca.gov

27                                             *Attorney for Defendant County of San Diego*

28

1        Upon presentation of the parties' stipulation and good cause shown, IT IS SO ORDERED.

2

3    DATED: _____10/28/2021_____

4                                                    _Haywood S. Gill Jr._

5                                                    HON. HAYWOOD S. GILLIAM, JR.

6                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28