BENJAMIN J. HORWICH (State Bar No. 249090)
GABRIEL M. BRONSHTEYN (State Bar No. 338011)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:  (415) 512-4000
Facsimile: (415) 512-4077
ben.horwich@mto.com
gabriel.bronshteyn@mto.com

*Attorneys for Plaintiff BNSF Railway Company*

(Counsel for Defendants listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALAMEDA COUNTY,<br>CONTRA COSTA COUNTY,<br>FRESNO COUNTY,<br>KERN COUNTY,<br>KINGS COUNTY,<br>MADERA COUNTY,<br>MERCED COUNTY,<br>ORANGE COUNTY,<br>PLUMAS COUNTY<br>RIVERSIDE COUNTY,<br>SAN BERNARDINO COUNTY,<br>SAN DIEGO COUNTY,<br>SAN JOAQUIN COUNTY,<br>STANISLAUS COUNTY, and<br>TULARE COUNTY, CALIFORNIA,<br><br>          Defendants. | Case No. 4:19-cv-07230-HSG<br><br>**STIPULATION AND ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

**STIPULATION**

The parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, proceedings in this Court are stayed until a Case Management Conference is held;

WHEREAS, this Court has scheduled a Case Management Conference for November 16, 2021;

WHEREAS, the current deadline for the parties to submit a Joint Case Management Statement is November 9, 2021;

WHEREAS, the parties believe that the interest of judicial economy and the convenience of the parties would be served by vacating the Case Management Conference currently set for November 16, 2021 to allow the parties to pursue resolution of this action;

WHEREAS, the parties agree that a new date for the Case Management Conference approximately 90 days from November 16, 2021 should be set by order of this Court;

NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants, and subject to approval of the Court, that:

(1)  The Case Management Conference currently set for November 16, 2019 should be vacated;

(2)  The November 9, 2021 deadline for the parties to submit a Joint Case Management Statement should be vacated;

(3)  A Case Management Conference should be held at the further direction of the Court; and

(4)  The parties shall submit a Joint Case Management Statement not less than seven calendar days prior to the newly scheduled Case Management Conference, consistent with this Court's Standing Order for Civil Cases.

Pursuant to Local Civil Rule 6-2(a)(2), the parties disclose that they previously agreed, and this Court ordered, (1) that the deadline for the parties to file a Joint Case Management Statement should be extended to November 9, 2021; (2) that proceedings in this

1  Court on remand from the Ninth Circuit should be stayed until a Case Management Conference
2  can be held, and that the parties would submit a Joint Case Management Statement on or before
3  October 29, 2021; (3) that the deadline for Defendants to file their Opposition to Plaintiff's
4  Motion for Preliminary Injunction should be extended to February 3, 2020 and the deadline for
5  Plaintiff to file its Reply in support of its Motion for Preliminary Injunction should be extended to
6  February 20, 2020; (4) that the deadline for Defendants to file their Opposition to Plaintiff BNSF's
7  Motion for Preliminary Injunction should be extended to February 10, 2020, and (5) that the Case
8  Management Conference should be continued to March 5, 2020 to coincide with the hearing on
9  Plaintiff BNSF's Motion for Preliminary Injunction, and the parties' Case Management Statement
10 including the Rule 26(f) report should be filed by February 27, 2020.  In addition, the parties
11 previously agreed to extend Defendants' deadline to respond to the Complaint to January 31, 2020
12 and then to February 14, 2020.

| | | |
|---|---|---|
| 1 | DATED: November 8, 2021 | MUNGER, TOLLES & OLSON LLP |

By:      */s/ Gabriel M. Bronshteyn*
BENJAMIN J. HORWICH
(State Bar No. 249090)
GABRIEL M. BRONSHTEYN
(State Bar No. 338011)
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
ben.horwich@mto.com
gabriel.bronshteyn@mto.com

*Attorneys for Plaintiff BNSF Railway Company*

DATED: November 8, 2021   OLSON REMCHO, LLP

By:      */s/ Margaret M. Prinzing*
Margaret R. Prinzing

Attorney for Defendants County of Alameda, County of Contra Costa, County of Fresno, County of Kern, County of Madera, County of Merced, County of Orange, County of Plumas, County of Riverside, County of San Bernardino, County of San Joaquin, County of Stanislaus, and County of Tulare

DATED: November 8, 2021   COUNTY COUNSEL, SAN DIEGO COUNTY

By:      */s/ Laura E. Dolan*
Laura E. Dolan
(State Bar No. 302859)
Senior Deputy County Counsel
Office of the County Counsel, San Diego County
1600 Pacific Highway, Room 355
San Diego, CA 92101
Telephone: (619) 531-5801
Email: Laura.Dolan@sdcounty.ca.gov

Attorney for Defendant County of San Diego

1 | Upon presentation of the parties' stipulation and good cause shown, the Case Management Conference currently set for November 16, 2021 is vacated, and a further Case Management Conference is set for January 4, 2022 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 11/8/2021

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE