1  BENJAMIN J. HORWICH (State Bar No. 249090)
   GABRIEL M. BRONSHTEYN (State Bar No. 338011)
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
3  San Francisco, California 94105
   Telephone:  (415) 512-4000
4  Facsimile: (415) 512-4077
   ben.horwich@mto.com
5  gabriel.bronshteyn@mto.com

6  *Attorneys for Plaintiff BNSF Railway Company*

7  (Counsel for Defendants listed on signature page)

8

9                    UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11 | BNSF RAILWAY COMPANY,            | Case No. 4:19-cv-07230-HSG
12 |         Plaintiff,               |
   |                                  | **STIPULATION AND ORDER
13 |     vs.                          | VACATING CASE
   |                                  | MANAGEMENT CONFERENCE**
14 | ALAMEDA COUNTY,                  |
   | CONTRA COSTA COUNTY,             | Judge:  Hon. Haywood S. Gilliam, Jr.
15 | FRESNO COUNTY,                   |
   | KERN COUNTY,                     |
16 | KINGS COUNTY,                    |
   | MADERA COUNTY,                   |
17 | MERCED COUNTY,                   |
   | ORANGE COUNTY,                   |
18 | PLUMAS COUNTY                    |
   | RIVERSIDE COUNTY,                |
19 | SAN BERNARDINO COUNTY,           |
   | SAN DIEGO COUNTY,                |
20 | SAN JOAQUIN COUNTY,              |
   | STANISLAUS COUNTY, and           |
21 | TULARE COUNTY, CALIFORNIA,       |
22 |         Defendants.              |

23

24

25

26

27

28

**STIPULATION**

The parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, proceedings in this Court are stayed until a Case Management Conference is held;

WHEREAS, this Court has scheduled a Case Management Conference for February 22, 2022;

WHEREAS, the parties have prepared a stipulated settlement and proposed final judgment, which is in the process of being submitted to the Counties' Boards of Supervisors for approval;

WHEREAS, the parties estimate that the Counties' Boards of Supervisors' processes will be complete by the end of March, 2022;

WHEREAS, the parties believe that the interest of judicial economy and the convenience of the parties would be served by vacating the Case Management Conference currently set for February 22, 2022 to allow the parties to obtain approval of a proposed final judgment;

WHEREAS, the parties agree that a new date for the Case Management Conference should be set by order of this Court on or after April 11, 2022;

NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants, and subject to approval of the Court, that:

(1) The Case Management Conference currently set for February 22, 2022 should be vacated;

(2) A Case Management Conference should be held at the further direction of the Court; and

(3) The parties shall submit a Joint Case Management Statement not less than seven calendar days prior to the newly scheduled Case Management Conference, consistent with this Court's Standing Order for Civil Cases.

| | |
|---|---|
| 1 | Pursuant to Local Civil Rule 6-2(a)(2), the parties disclose that they previously |
| 2 | agreed, and this Court ordered, (1) that the Case Management Conference scheduled for January 4, |
| 3 | 2021 should be vacated; (2) that the Case Management Conference scheduled for November 16, |
| 4 | 2021 should be vacated; (3) that the deadline for the parties to file a Joint Case Management |
| 5 | Statement should be extended to November 9, 2021; (4) that proceedings in this Court on remand |
| 6 | from the Ninth Circuit should be stayed until a Case Management Conference can be held, and |
| 7 | that the parties would submit a Joint Case Management Statement on or before October 29, 2021; |
| 8 | (5) that the deadline for Defendants to file their Opposition to Plaintiff's Motion for Preliminary |
| 9 | Injunction should be extended to February 3, 2020 and the deadline for Plaintiff to file its Reply in |
| 10 | support of its Motion for Preliminary Injunction should be extended to February 20, 2020; (6) that |
| 11 | the deadline for Defendants to file their Opposition to Plaintiff BNSF's Motion for Preliminary |
| 12 | Injunction should be extended to February 10, 2020, and (7) that the Case Management |
| 13 | Conference should be continued to March 5, 2020 to coincide with the hearing on Plaintiff |
| 14 | BNSF's Motion for Preliminary Injunction, and the parties' Case Management Statement |
| 15 | including the Rule 26(f) report should be filed by February 27, 2020.  In addition, the parties |
| 16 | previously agreed to extend Defendants' deadline to respond to the Complaint to January 31, 2020 |
| 17 | and then to February 14, 2020. |

| | | |
|---|---|---|
| 1 | DATED:  February 11, 2022 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By:     */s/ Gabriel M. Bronshteyn*<br>BENJAMIN J. HORWICH |
| 4 | | (State Bar No. 249090)<br>GABRIEL M. BRONSHTEYN |
| 5 | | (State Bar No. 338011)<br>560 Mission Street, Twenty-Seventh Floor |
| 6 | | San Francisco, California 94105<br>Telephone: (415) 512-4000 |
| 7 | | Facsimile: (415) 512-4077 |
| 8 | | ben.horwich@mto.com<br>gabriel.bronshteyn@mto.com |
| 9 | | |
| 10 | | *Attorneys for Plaintiff BNSF Railway Company* |
| 11 | DATED:  February 11, 2022 | OLSON REMCHO, LLP |
| 12 | | |
| 13 | | By:     */s/ Margaret R. Prinzing*<br>Margaret R. Prinzing |
| 14 | | |
| 15 | | Attorney for Defendants County of Alameda, County of Contra Costa, County of Fresno, |
| 16 | | County of Kern, County of Madera, County of Merced, County of Orange, County of Plumas, |
| 17 | | County of Riverside, County of San Bernardino, County of San Joaquin, County of Stanislaus, and |
| 18 | | County of Tulare |
| 19 | | |
| 20 | DATED:  February 11, 2022 | COUNTY COUNSEL, SAN DIEGO COUNTY |
| 21 | | |
| 22 | | By:     */s/ Laura E. Dolan*<br>Laura E. Dolan |
| 23 | | (State Bar No. 302859)<br>Senior Deputy County Counsel |
| 24 | | Office of the County Counsel, San Diego County<br>1600 Pacific Highway, Room 355 |
| 25 | | San Diego, CA 92101<br>Telephone: (619) 531-5801 |
| 26 | | Email: Laura.Dolan@sdcounty.ca.gov |
| 27 | | Attorney for Defendant County of San Diego |
| 28 | | |

1  Upon presentation of the parties' stipulation and good cause shown, the Case Management
2  Conference currently set for February 22, 2022 is vacated, and a further Case Management
3  Conference is set for __April 12, 2022 at 2:00 p.m._____.

5  IT IS SO ORDERED.

7  DATED:  __2/14/2022_____

   _/s/ Haywood S. Gilliam, Jr._____
   HON. HAYWOOD S. GILLIAM, JR.
   UNITED STATES DISTRICT JUDGE